KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Specialized Loan Servicing LLC as servicer for MTGLQ Investors, L.P.

| | |
|---|---|
| IN THE MATTER OF:<br><br>Brett A. Rovani<br><br>    DEBTOR(S),<br>Michele M. Rovani<br><br>    CO-DEBTOR | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 18-28721 JNP<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY** |

TO:
Brett A. Rovani
149 Windsor Way
Mount Royal, NJ 08061

Michele M. Rovani
149 Windsor Way
Mount Royal, NJ 08061

Richard S. Hoffman Jr.
 Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062

Isabel C. Balboa Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center - 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

      PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan Servicing LLC as servicer for MTGLQ Investors, L.P.**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay & Co-Debtor  to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors  and Michele M. Rovani, Co-Debtor have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.  Costs and counsel fees will also be requested.

The property involved is known as **149 Windsor Way , Mount Royal NJ 08061**.  The hearing on this matter is scheduled for **June 25, 2019 at 10:00 A.M.**

Dated:  May 31, 2019    **/s/Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Specialized Loan Servicing LLC as servicer
for MTGLQ Investors, L.P.