UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MTGLQ Investors

In Re:

Brett Rovani,

Debtor.

Case No.:      18-28721-JNP

Chapter:              13

Hearing Date:     6/25/2019

Judge:            Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 149 Windsor Way (Docket # 25)

_____

Date: 6/20/19                            /s/ Denise Carlon
                                          Signature

*rev.8/1/15*