Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28721−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brett A. Rovani
    149 Windsor Way
    Mount Royal, NJ 08061

Social Security No.:
    xxx−xx−3942

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2019.

On 10/12/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 17, 2021
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 13, 2021
JAN: kaj

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brett A. Rovani  
    Debtor

Case No. 18-28721-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 13, 2021      Form ID: 185      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett A. Rovani, 149 Windsor Way, Mount Royal, NJ 08061-1108 |
| cr | + | Rushmore Loan Management Services, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Seterus, Inc., authorized subservicer for Federal, P.O. Box 1047, Hartford, CT 06143-1047 |
| 517766028 | + | Actlien Holding Inc., 501 Centennial Street, Schwenksville, PA 19473-1817 |
| 519258347 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517766030 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517766033 | | Disney Vacation Development Inc., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 517766034 | | Greenwich Crossing Homeowners Assoc., 160 Dominion Drive, Mount Royal, NJ 08061 |
| 517766035 | + | Lourdes Cardiology Services, PC, 63 Kresson Road, Suite 101, Cherry Hill, NJ 08034-3200 |
| 518408576 | + | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518590050 | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518590051 | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o Shellpoint Mor, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517766846 | + | Michele Rovani, 149 Windsor Way, Mount Royal, NJ 08061-1108 |
| 518071509 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517766036 | + | Seterus, Inc., Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517766037 | | Seterus, Inc., Attn: Bankruptcy Department, PO Box 2206, Grand Rapids, MI 49501-2206 |
| 517787930 | + | Seterus, Inc., authorized subservicer, PO Box 1047, Hartford, CT 06143-1047 |
| 518077584 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518077585 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517766038 | | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 999, Trenton, NJ 08646-0999 |
| 518834112 | + | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518834113 | + | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 U.S. Bank Trust National Association 92619-5004 |
| 519016254 | + | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519016255 | + | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 U.S. Bank Trust National Association, |
| 518701477 | + | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |
| 518701478 | + | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Rd., Suite 100 Irvine, CA 92618-2132 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517801655 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 20:24:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517766029 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 20:24:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517824264 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517766031 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:31 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 517841795 | + | Email/Text: bankruptcy@cavps.com | Oct 13 2021 20:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517766032 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 20:24:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 518578829 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:23:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578828 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:24:00 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517889434 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517766039 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:13 | SyncB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518545831 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517876551 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 20:49:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 185 | Total Noticed: 42 |

Denise E. Carlon
    on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ INVESTORS L.P. rsolarz@kmllawgroup.com

Richard S. Hoffman, Jr.
    on behalf of Debtor Brett A. Rovani rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Robert P. Saltzman
    on behalf of Creditor Seterus Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation and existing under the laws of the United States of America dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10