Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28721−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brett A. Rovani
   149 Windsor Way
   Mount Royal, NJ 08061

Social Security No.:
   xxx−xx−3942

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 18, 2021.

Dated: November 18, 2021
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-28721-JNP

Brett A. Rovani                                                                Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                                    Page 1 of 3
Date Rcvd: Nov 18, 2021                Form ID: plncf13                                           Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett A. Rovani, 149 Windsor Way, Mount Royal, NJ 08061-1108 |
| cr | + | Rushmore Loan Management Services, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Seterus, Inc., authorized subservicer for Federal, P.O. Box 1047, Hartford, CT 06143-1047 |
| 517766028 | + | Actlien Holding Inc., 501 Centennial Street, Schwenksville, PA 19473-1817 |
| 519258347 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517766030 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517766033 | | Disney Vacation Development Inc., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 517766034 | | Greenwich Crossing Homeowners Assoc., 160 Dominion Drive, Mount Royal, NJ 08061 |
| 517766035 | + | Lourdes Cardiology Services, PC, 63 Kresson Road, Suite 101, Cherry Hill, NJ 08034-3200 |
| 518408576 | + | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518590050 | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518590051 | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o Shellpoint Mor, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517766846 | + | Michele Rovani, 149 Windsor Way, Mount Royal, NJ 08061-1108 |
| 517766036 | + | Seterus, Inc., Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517766037 | | Seterus, Inc., Attn: Bankruptcy Department, PO Box 2206, Grand Rapids, MI 49501-2206 |
| 517787930 | + | Seterus, Inc., authorized subservicer, PO Box 1047, Hartford, CT 06143-1047 |
| 518077584 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518077585 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518071509 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517766038 | | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 999, Trenton, NJ 08646-0999 |
| 518834112 | + | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518834113 | + | U.S. Bank Trust National Association, as trustee of Tiki Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 U.S. Bank Trust National Association 92619-5004 |
| 519016254 | + | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519016255 | + | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 U.S. Bank Trust National Association, |
| 518701477 | + | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618-2132 |
| 518701478 | + | c/o Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., Suite 100, Irvine, CA 92618, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Rd., Suite 100 Irvine, CA 92618-2132 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517801655 | | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2021 20:28:00 | Ally Capital, PO Box 130424, Roseville MN |

Case 18-28721-JNP    Doc 61    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 517766029 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2021 20:28:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517824264 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517766031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:04 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 517841795 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2021 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517766032 | | Email/Text: mrdiscen@discover.com | Nov 18 2021 20:28:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 518578829 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 20:34:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578828 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 20:34:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517889434 | + | Email/Text: bncmail@w-legal.com | Nov 18 2021 20:29:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517766039 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:17 | SyncB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518545831 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517876551 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 20:34:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Case 18-28721-JNP    Doc 61    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 42 |

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jonathan C. Schwalb
on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com

Rebecca Ann Solarz
on behalf of Creditor MTGLQ INVESTORS  L.P. rsolarz@kmllawgroup.com

Richard S. Hoffman, Jr.
on behalf of Debtor Brett A. Rovani rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Robert P. Saltzman
on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation and existing under the laws of the United States of America dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10