Order Filed on September 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for
U.S. Bank Trust National Association, as Trustee of
Dwelling Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Brett A. Rovani

Debtor

CASE NO.: 18-28721-JNP

CHAPTER: 13

HON. JUDGE.:
Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two to Three (2-3) is hereby **ORDERED**.

**DATED: September 28, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 149 Windsor Way , Mount Royal , NJ 08061

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 149 Windsor Way , Mount Royal , NJ 08061; and it is further

**ORDERED** that the Co-Debtor stay in effect as it pertains to the Michele M. Rovani pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 18-28721-JNP

Brett A. Rovani                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                              Page 1 of 2

Date Rcvd: Sep 28, 2023                        Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

**Recip ID          Recipient Name and Address**
db            + Brett A. Rovani, 149 Windsor Way, Mount Royal, NJ 08061-1108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

**Name**               **Email Address**

Denise E. Carlon
      on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
      on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
      ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
      on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
      on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

District/off: 0312-1                     User: admin                               Page 2 of 2

Date Rcvd: Sep 28, 2023                  Form ID: pdf903                           Total Noticed: 1

Jonathan C. Schwalb

      on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

      on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as
Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

      on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as
Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Richard S. Hoffman, Jr.

      on behalf of Debtor Brett A. Rovani rshoffman@hoffmandimuzio.com
jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Robert P. Saltzman

      on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a
corporation and existing under the laws of the United States of America dnj@pbslaw.org

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11